JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA ARNOLD, | CV 23-3974 PA (AGRx) |
|     Plaintiff, | JUDGMENT |
| v. | |
| UNITED HEALTHCARE INSURANCE COMPANY, | |
|     Defendant. | |

Pursuant to the Court's Findings of Fact and Conclusions of Law issued on February 12, 2024,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant United Healthcare Insurance Company ("Defendant") shall have Judgment in its favor and against Plaintiff Linda Arnold ("Plaintiff") on her claim for benefits under an employee health and welfare benefits plan.

IT IS SO ORDERED.

DATED: February 12, 2024

                                                                                          Percy Anderson
                                                                 UNITED STATES DISTRICT JUDGE