UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA ARNOLD,<br><br>        Plaintiff,<br><br>  v.<br><br>UNITED HEALTHCARE INSURANCE COMPANY, and DOES 1-10,<br><br>        Defendants. | Case No. 2:23-cv-03974-PA (AGRx)<br><br>**ORDER RE: JOINT STIPULATION OF JUDGMENT** |

The Court hereby ORDERS as follows on the Parties' Joint Stipulation of Judgment.

1. Plaintiff will consider the Court's Judgment to be final and will not seek to appeal the Judgment.
2. Defendant agrees to not seek costs or fees under ERISA based on the Judgment.
3. Each party will bear its own costs and fees associated with the lawsuit.

IT IS SO ORDERED.

Dated: February 27, 2024

_____
Percy Anderson
United States District Judge